UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO,

                Plaintiff,

– against –

YELLE, INC.,

                Defendant.

**ORDER**

22 Civ. 2020 (ER)

Ramos, D.J.:

    Plaintiff filed the first amended complaint against Yelle, Inc. on March 15, 2022. *See* Doc. 8. As of the date of this Order, plaintiff has not filed proof of service on defendant, and defendant has not appeared.

    Plaintiff is therefore instructed to submit a status report by no later than July 20, 2022. Failure to do so may result in a dismissal for failure to prosecute.

It is SO ORDERED.

Dated:    July 12, 2022
            New York, New York

                                            EDGARDO RAMOS, U.S.D.J.